AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ATHANASIOS CHORINOS </br></br> *Plaintiff(s)* </br> v. </br> GEORGIA-PACIFIC LLC and METROPOLITAN LIFE INSURANCE COMPANY </br></br> *Defendant(s)* | Civil Action No. 3:14cv520 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Georgia-Pacific LLC
Serve: Registered Agent
CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Courtney R. Abbott
Law Office of Courtney R. Abbott, PLLC
1800 Diagonal Rd
Ste 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 23 2014

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ATHANASIOS CHORINOS </br></br> *Plaintiff(s)* </br> v. </br></br> GEORGIA-PACIFIC LLC and METROPOLITAN LIFE INSURANCE COMPANY </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:14cv520 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Metropolitan Life Insurance Company
Serve: Registered Agent
CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Courtney R. Abbott
Law Office of Courtney R. Abbott, PLLC
1800 Diagonal Rd
Ste 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 23 2014

**FILE COPY**

*Signature of Clerk or Deputy Clerk*