IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ATHANASIOS CHORINOS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGIA-PACIFIC LLC, *et al.* ) | CIVIL NO.:  3:14cv520 |
| ) | |
|     Defendants. ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff, Athanasios Chorinos ("Chorinos"), by counsel, submits this Motion for Substitution of Counsel, and in support of said Motion, states as follows:

Plaintiff asks that the Court allow the substitution of Keil Ritterpusch, Esq. for Courtney R. Abbott of the Law Office of Courtney R. Abbott, PLLC.  No party to this action will be prejudiced by the substitution requested above as the case is in its early stages and Defendants have not yet been served.

Dated:  August 5, 2014                              Respectfully submitted,


                                                    /s/Courtney R. Abbott_____
                                                  Courtney R. Abbott (VSB# 82948)
                                                  Law Office of Courtney R. Abbott, PLLC
                                                  1800 Diagonal Rd
                                                  Suite 600
                                                  Alexandria, VA  22314
                                                  Phone: (202) 657-5593
                                                  Email: cabbott@cralawoffice.com
                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Keil Ritterpusch, 23235 Grayling Terrace, Ashburn, VA 20148 and that a copy will be served upon Defendants simultaneously with the Complaint.

/s/Courtney R. Abbott_____

Courtney R. Abbott