IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ATHANASIOS CHORINOS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:14CV520–HEH |
| ) | |
| GEORGIA-PACIFIC LLC, *et. al*, ) | |
| ) | |
| Defendants. ) | |

## ORDER
**(Granting Motion to Substitute Counsel)**

THIS MATTER is before the Court on Plaintiff's Motion to Substitute Counsel (ECF No. 3). Upon due consideration, the motion is GRANTED. Courtney R. Abbott of is relieved of further duties in this matter and Keil Ritterpusch, Esq. is hereby substituted as counsel for Plaintiff.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: Sept. 5 2014
Richmond, Virginia