IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ATHANASIOS CHORINOS,

    Plaintiff,

v.                                       CIVIL ACTION NO. 3:14CV00520-HEH

GEORGIA-PACIFIC LLC, et al.,

    Defendants.

**NOTICE OF THE CLERK'S INTENTION
TO PROCEED WITH ABATEMENT**

    Court records show that the Complaint in this action was filed on July 23, 2014, and that the defendants have not been served with process.

    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and ONE HUNDRED TWENTY (120) DAYS having elapsed since the filing, please be advised of the Clerk's intention to dismiss this case without prejudice as to the unserved defendants FIFTEEN (15) DAYS from this date unless the plaintiff can show the Court good cause why such service was not made within the 120-day period.

                                                    FERNANDO GALINDO, CLERK

                                                    By:      /s/
                                                         R.W. Pizzini, Deputy Clerk

Richmond, Virginia
December 3, 2014